# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Miranda Miles-Enos**<br>DOB: 1995; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-00352MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 30, 2022, in the District of Arizona, **Miranda Miles-Enos**, knowing or in reckless disregard that certain illegal aliens, including Abner Rosales-Nunez, Edgar Montes-Carrillo and Daniel Perez-Gomez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 30, 2022, in the District of Arizona (Menagers), at approximately 9:15 p.m., Border Patrol Agents (BPAs) observed a red 2011 Chevrolet Impala as it traveled southbound on Federal Route (FR) 1 into the village of Menagers, Arizona on the Tohono O'odham Nation. As the vehicle entered the village, the Integrated Fixed Tower (IFT) camera operator gained and maintained visual of the vehicle. The IFT camera operator relayed to BPAs that the vehicle was driving around the village in a manner that would indicate the driver was either lost or unsure of where they were heading. Shortly after, the IFT operator observed the vehicle park at a residence of a known human and narcotics smuggler. At approximately 9:50 p.m., the vehicle was seen leaving the residence traveling northbound on FR-1. BPAs positioned themselves further north on FR-1 to observe northbound traffic. At approximately 10:21 p.m., BPAs observed the red sedan, began following it northbound, and noticed the undercarriage of the vehicle intermittently contacted the pavement as if there was a great deal of weight in the rear. BPAs initiated a vehicle stop near mile marker 27 on FR-1 for an immigration inspection on the vehicle's occupants. As BPAs approached the vehicle, they observed three subjects in the rear seats slouched down attempting to conceal themselves. The driver of the vehicle was identified as **Miranda MILES-Enos** a United States citizen. The three rear passengers, to include Abner Rosales-Nunez, Edgar Montes-Carrillo and Daniel Perez-Gomez, all admitted to being illegally present in the United States and were all determined to be citizens of Mexico.

Records checks revealed that Abner Rosales-Nunez, Edgar Montes-Carrillo and Daniel Perez-Gomez do not possess the proper documentation to enter, pass through or remain in the United States legally.

Material witness Abner Rosales-Nunez stated he made arrangements in Sonoyta, Mexico to be smuggled into the United States. Rosales stated he and two other individuals crossed the International Boundary Barrier and walked through the desert for approximately three hours until they reached a road. Rosales stated one of the other individuals in his group was in contact with the driver of the vehicle. Rosales was able to positively identify **MILES** as the driver of the vehicle that picked them up.
**Continued on next page.**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: Abner Rosales-Nunez, Edgar Montes-Carrillo and Daniel Perez-Gomez | |
|---|---|
| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA HNS/pl | SIGNATURE OF COMPLAINANT<br>*/signature/*<br>OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/signature/* | DATE<br>August 1, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front page.**

Material witness Edgar Montes-Carrillo stated he is from Mexico, and he illegally crossed into the United States with two other individuals, and he was not given any instruction on where to go to be picked up. Montes stated his cousin made the arrangements for him and did not tell him where he was supposed to go. Montes stated after they crossed into the United States, they stopped at a trailer and waited there for the night. Montes stated the next day, they were told by a man who he believed lived there, they had to leave. Montes stated when they went outside there was a red car already waiting for them and they got in. Montes was able to positively identify **MILES** as the driver of the vehicle that picked them up from a photo lineup.

Material witness Daniel Perez-Gomez stated he is from Mexico, and he was traveling to Phoenix, Arizona to look for work. Perez stated he crossed into the United States as part of a group of three and walked for a short distance and were told to look for a large trailer in the village of Menegers. Perez stated once they saw the trailer, they were approached by an individual who told them to climb underneath the trailer and wait there until a vehicle arrives to pick them up. Perez stated a red Chevy pulled up to the trailer and the group proceeded to get into the rear seats. Perez was able to positively identify **MILES** as the driver of the vehicle that picked them up from a photo lineup.